Danielle H. Moore (SBN 232480)
E-Mail: dmoore@fisherphillips.com
Bret Martin (SBN 304658)
E-Mail: bmartin@fisherphillips.com
Madeleine M. Nadeau (SBN 334366)
E-Mail: mnadeau@fisherphillips.com
Nicholas J. Perez (SBN 364208)
E-Mail: njperez@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

Attorneys for Defendant
MICROSOFT CORPORATION

Edgar Manukyan (SBN 314606)
edgar@manukyanlawfirm.com
MANUKYAN LAW FIRM, APC
505 North Brand Boulevard, Suite 1220
Glendale, CA 91203
Telephone: (818) 559-4444
Fascimile: (888) 746-4420

Attorney for Plaintiff MARK HAMMES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MARK HAMMES, an individual,

Plaintiff,

v.

MICROSOFT CORPORATION, a Washington Corporation, Millind Padhye, an individual, and DOES 1 through 20, Inclusive,

Defendants.

CASE NO: 2:26-cv-02265-CKD

*[Removed from Solano County Superior Court; Case No. CU26-04798]*

**ORDER GRANTING JOINT STIPULATION TO RESERVE MOTION TO TRANSFER VENUE AND TO STAY THE ACTION**

Complaint Filed: May 19, 2026
Removal Date: June 25, 2026
Trial Date: Not Set

# ORDER

**IT IS HEREBY ORDERED** pursuant to the stipulation of the Parties hereto,

1. The Joint Stipulation is GRANTED;

2. The issue of venue is reserved, and Defendant shall defer filing any motion to transfer venue, until after the mediation scheduled for December 8, 2026;

3. If the matter does not resolve at or following the mediation, Defendant shall file its motion to transfer venue no later than December 22, 2026;

4. Defendant's agreement to defer filing its motion is without prejudice to Defendant's contention that venue should be transferred, and Plaintiff reserves all rights and arguments in opposition; and

5. This action is stayed pending the mediation and, if the matter does not resolve, until the Court rules on Defendant's motion to transfer venue, provided that the Parties may take any steps necessary to schedule and complete the mediation or to brief and adjudicate the motion.

IT IS SO ORDERED.

Dated: July 28, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7 hamm.26cv2265